**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiff***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA THEUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL ORGANICS, INC. d/b/a NaturesPlus,<br><br>Defendant. | Case No. 2:24-cv-08780-AH-SKx<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Anne Hwang |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Chaka Theus ("Plaintiff") and Defendant Natural Organics, Inc. ("Defendant") (collectively "the Parties") stipulate that Plaintiff's individual claims in this action are hereby dismissed with prejudice and that the putative class action claims, if any, are dismissed without prejudice. Each party is to bear its own attorneys' fees, expenses, and costs.

DATED: April 22, 2025            Respectfully submitted,

                         */s/ Lilach H. Klein*
                         LILACH H. KLEIN
                         *Counsel for Plaintiff*

DATED: April 22, 2025            Respectfully submitted,

                         */s/ Trenton H. Norris*
                         TRENTON H. NORRIS
                         *Counsel for Defendant*

1

*Theus v. Natural Organics, Inc.*, Case No. 2:24-cv-08780-AH-SKx
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4**

The undersigned filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: April 22, 2025                    /s/ Lilach H. Klein
                                                           Lilach H. Klein

2

*Theus v. Natural Organics, Inc.*, Case No. 2:24-cv-08780-AH-SKx
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)